IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LOU BULLOCK                                                                                          PLAINTIFF

VS.                                      No. 4:15-CV-00015-BRW

AT&T, INC. UMBRELLA BENEFIT PLAN NO. 1                                        DEFENDANT

## JUDGMENT

Based on the order entered today granting Defendant's Motion for Summary Judgment, this case is DISMISSED with prejudice.

IT IS SO ORDERED this 27th day of May, 2015.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE